UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| LINDA S BERG | Case No. 09-31989-PHX RTB |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, but returned by USPS as "Return to Sender Attempted – Not Know Unable to Forward". Address was verified against proof of claim filed.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2013 | 09/29/2010 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $22.75 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $22.75 to the Clerk of the Court to be deposited in the Registry thereof.

| October 28, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |